Laura E. Krank
Attorney at Law: 220208
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: laura.krank@rksslaw.com

Attorneys for Plaintiff
RONNIE R. LARES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. LARES | Case No.: 1:11-cv-01183-SMS |
| Plaintiff, | **ORDER GRANTING REQUEST** |
| v. | **TO TRANSFER VENUE** |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | (Doc. 12) |
| Defendant. | |

Based upon the stipulation and request of the parties, and for good cause shown, IT IS HEREBY ORDERED that the above-entitled action be transferred to the Central District of California for further proceedings.

IT IS SO ORDERED.

Dated:   __**January 18, 2012**__          _____**/s/ Sandra M. Snyder**_____
                                                        UNITED STATES MAGISTRATE JUDGE