# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 12-0627-AG  (JPR)**                                   Date: **April 11, 2012**

Title:  **Ronnie R. Lares v. Michael J. Astrue, Commissioner**
================================================================
**DOCKET ENTRY: Order to Show Cause Why Action Should not be Dismissed for Failure to Prosecute**
================================================================
PRESENT:

**HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

| Joe Roper | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:                    ATTORNEYS PRESENT FOR DEFENDANTS:
　　　　None present                                                          None present

**PROCEEDINGS: (IN CHAMBERS)**

　　　　On January 18, 2012, this action was transferred here from the Eastern District of California.  The Court did not receive the case file until March 19, 2012.  According to the scheduling order issued by the previously assigned Eastern District Magistrate Judge, Plaintiff, who is represented by counsel, was supposed to file his opening brief on March 16, 2012.  He did not do so.  Accordingly, on March 22, 2012, the Court sua sponte extended the time for Plaintiff to file his opening brief to March 26, 2012.

　　　　On March 29, 2012, the Court again extended the time for Plaintiff to file his opening brief, to April 9, 2012, based on the parties' stipulation.  Again Plaintiff has not filed his opening brief.

　　　　Accordingly, Plaintiff is hereby ORDERED to show cause no later than April 18, 2012, why this action should not be dismissed for failure to prosecute.  See Local Rule 41-1; Fed. R. Civ. P. 41(b); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).  Plaintiff is expressly warned that any failure to comply with this Order, particularly if accompanied by a continuing failure to file his opening brief, will result in dismissal of this action.

MINUTES FORM 11                                                          Initials of Deputy Clerk: JR
CIVIL-GEN